IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HENRY MAXWELL, JR.**                                                                              **PLAINTIFF**

v.                          Case No. 4:20-cv-00019-LPR

**LEON JAMISON**                                                                     **DEFENDANT**
**Individually and in his Official Capacity**

## JUDGMENT

Pursuant to the Order filed on January 16, 2020, it is considered, ordered, and adjudged that Plaintiff's Complaint is DISMISSED. Plaintiff's Motion for Leave to Proceed *in forma pauperis* is MOOT. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of January 2020.

                                                                                   Lee P. Rudofsky
                                                                       UNITED STATES DISTRICT JUDGE